**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | 1:16-CR-00182-SS |
| | § | |
| CHARLES JOSHUA WALTERS | § | |

## O R D E R

On July 10, 2020, the undersigned issued an arrest warrant commanding the arrest of defendant Charles Joshua Walters for allegedly violating conditions of his pretrial release. Dkt. Nos. 55, 56.

The arrest warrant is **HEREBY RESCINDED** pending further order of the Court.

The Preliminary and Final Revocation Hearing set for Friday, July 17, 2020 at 10 a.m. is **HEREBY CANCELED.**

**SIGNED** on July 15, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE